1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753            *E-FILED - 5/14/08*

5  Counsel for Defendant DABLER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    No. CR-03-20123 RMW
                                     )
11                 Plaintiff,        )    STIPULATION AND
                                     )    ORDER AUTHORIZING TRAVEL
12  vs.                              )
                                     )
13  JANESSA DABLER,                  )
                                     )
14                 Defendant.        )
    _____)

15
                            STIPULATION
16

17       Defendant Janessa Dabler is currently serving the final two months of a 12-month term of

18  home confinement with electronic monitoring as a condition of probation in the above-captioned

19  matter.  Her son, Sean Plunkett, will return to the United States Marine Corps 82nd Airborne

20  Division on June 1, 2008 and is scheduled to be redeployed for a second tour of duty in Iraq

21  before the end of the year.  Because of his upcoming departure, Ms. Dabler's extended family has

22  planned a weekend reunion in Yosemite National Park, from Friday, May 23, 2008 to Monday,

23  May 26, 2008.  The parties hereby stipulate and agree that she may be permitted to attend the

24  reunion as scheduled.  United States Probation Officer Jose Martinez has been consulted as to

25  this request and has no position thereon.

26

Dated: May 1, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: May 1, 2008

s/_____
DAVID CALLAWAY
Assistant United States Attorney

## [ ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant Janessa Dabler may travel to Yosemite National Park in the Eastern District of California from Friday, May 23, 2008 to Monday, May 26, 2008.

It is further ordered that Ms. Dabler shall notify the United States Probation Office in writing of her specific location, itinerary and means of transport prior to her departure, and shall notify the United States Probation Office upon her return to the Northern District of California.

Dated: May 14, 2008

_____
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Authorizing
Travel                                        2